# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**BARON I. LOHNER,**

    **Defendant.**

**Case No. CR07-5505RBL**

**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE**

**THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant violated the conditions of supervision as set forth in said Petition.

The plaintiff appears through Special/Assistant United States Attorney, Diane Clarkson;
The defendant appears personally and represented by counsel, Thomas Campbell;

The defendant has been advised of (a) the alleged violation(s); (b) the right to a hearing; and (c) the maximum sanctions if found to be in violation of supervision.

The defendant has acknowledge his right to a hearing on the merits, voluntarily waived that hearing and acknowledged violating the conditions of supervision as set forth below:

1. Failing to submit a urinalysis on or about January 22, 2009.
2. Failure to report for drug testing on January 6, January 16, and January 26, 2009.
3. Failure to complete 120 days at the Oregon Halfway House.
4. Using heroin on or about February 3, February 13, and February 20, 2009.
5. Using cocaine on or about March 10, 2009.

The Court, having accepted the defendant's admission to the above violations, sets the disposition hearing before Judge Ronald B. Leighton on Tuesday, June 9, 2009, at 9:30am in Courtroom B.

The Defendant is ordered detained without prejudice for failing to show that he will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office.

May 20, 2009.

                    *s/ J. Richard Creatura*

**J. Richard Creatura, U.S. Magistrate Judge**

ORDER
Page - 1